# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter: 11 |
| | ) | |
| | ) | Case No. 13-80740 |
| Steve and Celeste Murphy, | ) | |
| | ) | Judge: Hon. Thomas M. Lynch |
| | ) | |
| Debtors. | ) | |

## APPLICATION TO SET HEARING ON EMERGENCY MOTION

Stephen and Celeste Murphy, (the "Debtors" and the "Estate"), by and through their attorney, Michael J. Davis of BKN Murray LLP, hereby files this Application To Set Hearing On the Debtor's Motion To Approve Debtor's Compromise Or Settlement Per Rule 9019 With Quick Liquidity And To Shorten Notice on an Emergency Basis pursuant to Amended General Order 12-01 regarding Procedures for Emergency Hearings and in support thereof, states as follows:

1. This case was commenced on March 7, 2013, when the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2. The Debtors have continued to manage their business and assets and to administer the affairs of their Estate as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. The Debtor has received the Offer to Purchase attached hereto as Exhibit A (the "**Offer to Purchase**") from Wayne Erickson (the "Buyer") for the purchase of 23 of the Debtor's Membership Interests (the "Membership Interests") in certain LLCs.

4. The Motion to Approve the Offer to Purchase and the Sale was noticed up before this Court for June 22, 2016.

5. Prior to accepting the Offer to Purchase, the Debtor had filed a Motion to Sell the Membership Interests to Quick Liquidity ("QL"). When QLy could not provide proof of funds, the Debtor terminated the Agreement to sell to QL.

6. This Court set June 17, 2016 as the objection deadline for the Offer to Purchase Motion. QL filed an objection to the Offer to Purchase Motion.

7. Prior to the June 22, 2016 hearing date, the Debtor contacted QL and negotiated to pay part of the break up fee to QL if they withdrew their Objection.

8. The Debtor filed a Proposed Sale Order which evidenced the agreement between the Debtor and QL the day before the hearing, including mutual releases.

9. This Court required that an Emergency hearing be held on June 27, 2016 at 3:45 p.m. concerning the agreement of the Debtor to pay QL the break up fee, and that the Motion contain a Settlement Agreement between the Debtor and QL which evidenced the terms of the Settlement.

10. The reason the Court scheduled the hearing for this date, and the reason the hearing needs to be held on an emergency basis is because the Debtor and the non-Debtor Members (the "NDMS") entered into a Joint Stipulation that required the Sale of the Debtor's Membership Interests on or before June 30, 2016.

11. If the hearing on the Settlement Agreement is not heard before June 30, 2016, the Sale Order cannot be entered because the Offer to Purchase requires that the Court find that the Buyer is a Good Faith Purchaser pursuant to 11 USC 363(m). Further, if the Motion is not heard on an emergency basis, the Debtor will be able to close before the June 30, 2016 deadline which result in the Debtor's estate losing the possibility of

12. By order of this Court, this matter is scheduled for hearing on June 27, 2016 in in Courtroom No. 3100 in the United States Bankruptcy Court, for the Northern District of Illinois, Western Division, located at 327 South Church St., Rockford, Illinois.

13. Attached hereto is a copy of the Debtor's Motion to Approve Compromise or Settlement Per Rule 9019 and to Shorten Notice Period which was served on all necessary parties by Fedex, ECF, and email where necessary on June 23, 2016.

Wherefore, for the reasons stated herein, the Debtor requests that the Debtor's Motion To Approve Debtor's Compromise Or Settlement Per Rule 9019 With Quick Liquidity And To Shorten Notice be heard on an emergency basis on June 27, 2016 at 3:45 p.m. which date has been set by this Court and for such other relief as this Court sees fit to grant.

June 24, 2016                                         Respectfully submitted,
                                                      Steve and Celeste Murphy
                                                      By: _/s/ Michael J. Davis_
                                                            One of their Attorneys

Michael J. Davis
BKN Murray LLP
2772 Finley Rd.St. 12
Downers Grove, Ill,. 60515
Phone: (630) 915-3999
mdavis@bknmurray.com