IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: | ) | Chapter: | 11 |
|---|---|---|---|
| | ) | | |
| | ) | Case No. | 13-80740 |
| Steve and Celeste Murphy, | ) | | |
| | ) | Judge: Hon. Thomas M. Lynch | |
| Debtors. | ) | | |

### ORDER COMBINED WITH NOTICE OF CONFIRMATION

*Counsel for the proponent of the Plan is directed to serve this Order Combined with Notice of Confirmation as provided in Fed. R. Bankr. Pro. 3020(c), and on the United States Trustee, and to file proof of service with the Clerk:*

An order confirming the Debtor's Fifth Modified Plan of Liquidation Dated September 8, 2016 was entered on October 25, 2016, in the above-captioned Chapter 11 bankruptcy case.

The proponent of the Plan is directed to file by December 1 , 2016 a written report of the status of initial payments required and made, separately stated for each class treated under the Plan.

A hearing to consider the status report and possible entry of final decree or order closing the case is set on December 14, 2016 at 10:30 a.m., in Courtroom No. 3100 in the United States Bankruptcy Court, for the Northern District of Illinois, Western Division, located at 327 South Church St., Rockford, Illinois.

A party-in-interest who wishes to receive a copy of the status report shall notify the Plan proponent, who shall provide a copy if requested.

ENTER:

_____
Judge Thomas M. Lynch

OCT 2 5 2016

Dated: _____