# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter:  11 |
| | ) | |
| | ) | Case No.  13-80740 |
| Steve and Celeste Murphy, | ) | |
| | ) | Judge:  Hon. Thomas M. Lynch |
| | ) | |
| Debtors. | ) | |

## NOTICE OF MOTION

TO:   See attached Service List

Please take notice that on December 14, 2016 at 10:30 a.m., I shall appear before the Honorable Judge Thomas M. Lynch, or any judge sitting in his place and stead, in Courtroom No. 3100 in the United States Bankruptcy Court, for the Northern District of Illinois, Western Division, located at 327 South Church St., Rockford, Illinois, and present Motion to Authorize Entry Of Order Of Discharge And For Final Decree a copy of which is hereby served upon you.

Michael J. Davis
**BKN Murray LLP**
2777 Finley Rd., St. 12
Downers Grove, Ill. 60515

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Downers Grove, Illinois on December 6, 2016.

/s/ Michael J. Davis  /s/

**Service List**

*Via Electronic Service*

Michael G. Schultz, Esq.
Jack D. Ward, Esq.
Jamie Cassell Esq.
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107-6801

Patrick S. Layng
Office of the US Debtor, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Thomas P. Sandquist
Scott Sullivan
Williams McCarthy LLP
120 W. State Street  #400
Rockford, IL 61101 )
tsandquist@wilmac.com

*Via U.S. Mail*

Steve and Celeste Murphy
1919 N. Mulford Road
Rockford, IL 61107-2544

Associated Bank
2870 Holmgren Way
Green Bay, WI 54304

Blackhawk State Bank
c/o Matthew M. Hevrin
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61101

Citibank
PO Box 6500
Sioux Falls, SD 57117

First National Bank & Trust Co.
Jeff Orduno
127 N. Wyman St., 2nd Flr
Rockford, IL 61101

Elan Financial Services as Servicer for the
First National Bank and Trust
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201-5229

JP Morgan Chase Bank
PO Box 29505
Phoenix, AZ 85038-9505

Hinsdale Bank and Trust
25 E. First Street
Hinsdale, IL 60521

Michael Kelly
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

IRS
Department of the Treasury
PO box 7346
Philadelphia, PA 19101-7346

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave. Suite 1120
Miami, FL 33131-1605

Capital One, N.A.
PO box 12907
Norfolk, VA 23541-0907

Northwest Bank of Rockford
Attorney: Timothy F Horning
3400 N. Rockton Ave.
Rockford, IL 61103

Rockford Bank and Trust
4571 Guilford Rd.
Rockford, IL 61107

Winnebago County Treasurer
PO box 1216
Rockford, IL 61105

M.J.Goldman & Company, Ltd
1999 John's Drive
Glenview, IL 60025

Cadles of Grassy Meadows II, L.L.C.
100 North Center Street
Newton Falls, OH 44444

Wisconsin Department of Revenue
Special Procedures Unit
POB 8901
Madison, WI 53708-8901

Portfolio Recovery Associates,LLC
PO Box 41067
Norfolk, Va 23541

Nevard Investments LLC
1109 Oak Lane
Western Springs, Il 60558

Albert Ciardi
One Commerce Square
2005 Market Street, St. 3500
Philadelphia, Pa. 19103

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter: 11 |
| | ) | |
| | ) | Case No. 13-80740 |
| **Steve and Celeste Murphy,** | ) | |
| | ) | Judge: Hon. Thomas M. Lynch |
| | ) | |
| **Debtors.** | ) | |

### MOTION TO AUTHORIZE ENTRY OF ORDER OF DISCHARGE AND FOR FINAL DECREE

Steven and Celeste Murphy (the "**Debtor**"), by and through their attorney, Michael J. Davis of BKN Murray LLP, moves the Court to authorize the entry of an Order discharging the Debtor, for entry of a final decree and to close the case and, in support thereof, respectfully states as follows:

### Background

1. This case was commenced on March 7, 2013 when the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2. The Debtors have continued to manage their business and assets and to administer the affairs of its estate as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. Pursuant to Order of this Court entered on October 25, 2016, the Debtor's Fifth Modified Plan of Liquidation Dated September 8, 2016 was confirmed.

4. The Debtor has filed with this Court and with the United States Trustee the Status Report Of Completion Of Payments Required By Debtor's Fifth Modified Plan Of Liquidation Dated September 8, 2016 Separated By Class (the "Status Report"). As evidenced by the detailed accounting attached to the Status Report, the Debtor has now completed all payments called for under the Confirmed Plan and Confirmation Order.

5. Having completed all plan payments, the Debtor is now eligible for discharge pursuant to § 1141(d)(5)(A).

6. Pursuant to Fed. R. Bankr. P. 1007(b)(7), the undersigned represents that 11 U.S.C. § 1141(d)(3) is not applicable to the Debtors, and the Debtors have filed a statement of completion of the personal financial management course.

WHEREFORE, the Debtors respectfully request that this Court authorize the entry of an order of discharge of the Debtors, enter a Final Decree closing this individual Chapter 11 case, and grant such other and further relief as the Court sees fit to grant.

Submitted this 6th day of December, 2016

                                        Steve and Celeste Murphy

                                        By: _/s/ Michael J. Davis_
                                        One of their Attorneys

Michael J. Davis
**BKN Murray LLP**
2777 Finley Rd., St. 12
Downers Grove, Ill. 60515
630-915-3999
mdavis@bknmurray.com