UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| In Re: | ) | BK No.: 13-80740 |
|---|---|---|
| Steve and Celeste Murphy | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING THE ORDER OF DISCHARGE,
AND ENTERING FINAL DECREE**

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED THAT an order of discharge shall be issued by the Clerk on the grounds that the Debtor has completed the payments required by the Plan and pursuant to 11 USC 1141(d)(5)(A), is entitled to an order of discharge

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1 cause exists for entering a final decree and closing this case and, therefore, a final decree is hereby entered; and

IT IS FURTHER ORDERED that the Clerk, after 30 days, may close this case.

Enter:

*[signature]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  December 14, 2016

**Prepared by:**

Michael J. Davis
BKN Murray LLP
2777 Finley Rd., St. 12
Downers Grove, Ill. 60515
630-915-3999
mdavis@bknmurray.com